STERN, VAN VLECK & McCARRON, LLP
John C. McCarron, State Bar No. 225217
Dale A. Stern, State Bar No. 131108
Jennifer K. Whipple, State Bar No. 196795
925 L Street, Suite 850
Sacramento, California 95814
Telephone: (916) 442-1298
Fax No.: (916) 341-0849
Email: jmccarron@lawpolicy.com
Email: jwhipple@lawpolicy.com

Attorneys for
BYLIN HEATING SYSTEMS, INC. and
ROOF ICE MELT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BYLIN HEATING SYSTEMS, INC., a California corporation, doing business as BYLIN ENGINEERED SYSTEMS, and ROOF ICE MELT SYSTEMS, INCORPORATED, an Oregon corporation<br><br>Plaintiffs,<br><br>vs.<br><br>THERMAL TECHNOLOGIES, INC., a Utah corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. 2:11-cv-01402-KJM-KJN<br><br>**STIPULATION AND ORDER RE PRESERVATION OF DOCUMENTS, DATA, AND TANGIBLE THINGS**<br><br>Original Complaint Filed 5/23/2011 |

Pursuant to Local Rule 143 of the United States District Court for the Eastern District of California, Plaintiffs BYLIN HEATING SYSTEMS, INC. and ROOF ICE MELT SYSTEMS, INCORPORATED (hereinafter Plaintiffs") and Defendant THERMAL TECHNOLOGIES, INC. (hereinafter "Defendant") (collectively hereinafter referred to as the "Parties") hereby stipulate as follows:

///

///

1. Definitions

    (a) "Documents, data, and tangible things" is to be interpreted broadly to include writings; records; files; correspondence; reports; memoranda; calendars; diaries; minutes; electronic messages; voicemail; E-mail; telephone message records or logs; computer and network activity logs; hard drives; backup data; removable computer storage media such as tapes, disks, and cards; printouts; document image files; Web pages; databases; spreadsheets; software; books; ledgers; journals; orders; invoices; bills; vouchers; checks; statements; worksheets; summaries; compilations; computations; charts; diagrams; graphic presentations; drawings; films; charts; digital or chemical process photographs; video, phonographic, tape, or digital recordings or transcripts thereof; drafts; jottings; and notes. Information that serves to identify, locate, or link such material, such as file inventories, file folders, indices, and metadata, is also included in this definition.

    (b) "Preservation" is to be interpreted broadly to accomplish the goal of maintaining the integrity of all documents, data, and tangible things reasonably anticipated to be subject to discovery under Fed. R. Civ. P. 26, 45, and 56(e) in this action. Preservation includes taking reasonable steps to prevent the partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration, theft, or mutation of such material, as well as negligent or intentional handling that would make material incomplete or inaccessible.

2. Duty to Preserve

All Parties and their counsel are reminded of their duty to preserve evidence that may be relevant to this action. The duty extends to documents, data, and tangible things in their possession, custody and control of the parties to this action, and any employees, agents, contractors, carriers, bailees, or other nonparties who possess materials reasonably anticipated to be subject to discovery in this action. Counsel is under an obligation to exercise reasonable efforts to identify and notify such nonparties, including employees of corporate or institution-all parties.

If the business practices of any party involve the routine destruction, recycling, relocation, or mutation of such materials, the party must, to the extent practicable for the pendency of this order, either (1) halt such business processes; (2) sequester or remove such material from the business process; or (3) arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery if requested.

**IT IS SO STIPULATED.**

                                              STERN, VAN VLECK & McCARRON, LLP

Dated: April 5, 2012

                                By:   /s/ John C. McCarron
                                       John C. McCarron
                                       Attorney for BYLIN HEATING SYSTEMS, INC.
                                       and ROOF ICE MELT SYSTEMS, INC.

                                              LOCKE LORD LLP

Dated: April 5, 2012

                                By:   /s/ M. Taylor Florence (as authorized on 4/5/12)
                                       M. Taylor Florence
                                       Attorney for THERMAL TECHNOLOGIES, INC.

**IT IS SO ORDERED.**

DATED:  April 23, 2012.

                                              UNITED STATES DISTRICT JUDGE