DOWNEY BRAND LLP
DALE A. STERN (Bar No. 131108)
JOHN C. MCCARRON (Bar No. 225217)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100
dstern@downeybrand.com
jmccarron@downeybrand.com
estallard@downeybrand.com

Attorneys for Plaintiffs/Counter-Defendants
BYLIN HEATING SYSTEMS, INC. and ROOF
ICE MELT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BYLIN HEATING SYSTEMS, INC., a California corporation, doing business as BYLIN ENGINEERED SYSTEMS, and ROOF ICE MELT SYSTEMS, INCORPORATED, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THERMAL TECHNOLOGIES, INC., a Utah corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 2:11-cv-01402-KJM-KJN<br><br>**PLAINTIFFS'/COUNTER-DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, REQUESTS FOR ADMISSION, AND INTERROGATORIES**<br><br>Date:        November 29, 2012<br>Time:        10:00 a.m.<br>Judge:       Hon. Kendall J. Newman<br>Trial Date:  May 21, 2012 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice that on Thursday, November 29, 2012, at 10:00 a.m. in Courtroom 25, before the Honorable Kendall J. Newman, United States Magistrate Judge for the Eastern District of California, located at 501 I Street, Sacramento, California, 95814, Plaintiffs/Counter-

Defendants BYLIN HEATING SYSTEMS, INC. and ROOF ICE MELT SYSTEMS, INCORPORATED (hereinafter "Plaintiffs") will and hereby do move the Court for an order: (1) compelling Defendant THERMAL TECHNOLOGIES, INC. (hereinafter "Defendant" or "TTI") to produce documents responsive to Requests for Production to Defendant, Set One, Nos. 1-35, 42-71 and 74-84; (2) compelling Defendant to provide supplemental responses to Plaintiffs' Requests for Production to Defendant, Set One, Nos. 1-22 and 28; (3) compelling Defendant to produce an appropriate privilege log in connection with its responses to Plaintiffs' Requests for Production to Defendant, Set One; (4) compelling Defendant to provide supplemental responses to Plaintiffs' Requests for Admission to Defendant, Set One, Nos. 13 and 14; and (5) compelling Defendant to provide supplemental responses to Plaintiffs' Interrogatories to Defendant, Set One, Nos. 13, 14 and 22. This Motion is made pursuant to Rules 26, 33, 34, 36, and 37 of the Federal Rules of Civil Procedure, and Local Rule 251.

Plaintiff's Motion is based on this Notice of Motion and Motion, the Joint Statement re: Discovery Disagreement, which will be filed pursuant to Local Rule 251(a) and (c), anticipated declarations filed in connection with the Joint Statement, all records in this action or matters of which the Court may take judicial notice, and any oral argument heard by the Court.

DATED: November 8, 2012          DOWNEY BRAND LLP


By:   /s/ Elizabeth B. Stallard
JOHN C. MCCARRON
ELIZABETH B. STALLARD
Attorney for Plaintiffs/Counter-Defendants
BYLIN HEATING SYSTEMS, INC. and ROOF ICE MELT SYSTEMS, INC.