IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYLIN HEATING SYSTEMS, INC.
et al.,

       Plaintiffs,                       No. 2:11-cv-01402 KJM KJN

    v.

THERMAL TECHNOLOGIES, INC.,

       Defendant.                   <u>ORDER</u>
_____/

        Presently pending before the court is plaintiffs Bylin Heating Systems, Inc.'s and Roof Ice Melt Systems Incorporated's motion to compel production of documents and further responses to requests for production, requests for admission, and interrogatories (dkt. no. 35), noticed for hearing on November 29, 2012.  Additionally, the court's records indicate that counsel for defendant Thermal Technologies, Inc. filed a motion to withdraw as counsel for defendant, noticed for hearing before the district judge on November 30, 2012.  (Dkt. No. 32.)  In light of the pending motion to withdraw as counsel, IT IS HEREBY ORDERED that:

        1.  The November 29, 2012 hearing on plaintiffs' motion to compel is CONTINUED to December 6, 2012, at 10:00 a.m., before the undersigned.

        2.  The parties shall file a joint statement regarding the motion to compel in accordance with Local Rule 251 no later than 3 p.m. on December 3, 2012.  The parties shall

promptly advise the court if they have resolved their discovery dispute or whether hearing on the motion should be further continued in light of any ruling by the district judge on defendant's motion to withdraw as counsel.

      3. If defendant's counsel is permitted to withdraw, an authorized representative of defendant shall be personally present at the hearing on the motion to compel.

      IT IS SO ORDERED.

DATED: November 19, 2012

                        _____
                        KENDALL J. NEWMAN
                        UNITED STATES MAGISTRATE JUDGE

2