DOWNEY BRAND LLP
DALE A. STERN (Bar No. 131108)
JOHN C. MCCARRON (Bar No. 225217)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100
dstern@downeybrand.com
jmccarron@downeybrand.com
estallard@downeybrand.com

Attorneys for Plaintiffs/Counter-Defendants
BYLIN HEATING SYSTEMS, INC. and ROOF
ICE MELT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BYLIN HEATING SYSTEMS, INC., a California corporation, doing business as BYLIN ENGINEERED SYSTEMS, and ROOF ICE MELT SYSTEMS, INCORPORATED, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THERMAL TECHNOLOGIES, INC., a Utah corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 2:11-cv-01402-KJM-KJN<br><br>**PLAINTIFFS'/COUNTER-DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, SETS TWO AND THREE, AND REQUESTS FOR ADMISSION, SET TWO**<br><br>Date:          December 20, 2012<br>Time:         10:00 a.m.<br>Judge:        Hon. Kendall J. Newman<br>Trial Date:  May 21, 2012 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice that on Thursday, December 20, 2012, at 10:00 a.m. in Courtroom 25, before the Honorable Kendall J. Newman, United States Magistrate Judge for the Eastern District

1290615.1

1

of California, located at 501 I Street, Sacramento, California, 95814, Plaintiffs/Counter-Defendants BYLIN HEATING SYSTEMS, INC. and ROOF ICE MELT SYSTEMS, INCORPORATED (hereinafter "Plaintiffs") will and hereby do move the Court for an order: (1) compelling Defendant THERMAL TECHNOLOGIES, INC. (hereinafter "Defendant" or "TTI") to produce documents responsive to Requests for Production to Defendant, Set Two, Nos. 85-92; (2) compelling Defendant to provide responses to Plaintiffs' Requests for Production to Defendant, Set Two, Nos. 85-92; (3) compelling Defendant to produce documents responsive to Plaintiffs' Requests for Production to Defendant, Set Three, Nos. 93-138; (4) compelling Defendant to provide supplemental responses to Plaintiffs' Requests for Production to Defendant, Set Three, Nos. 93-138; (5) compelling Defendant to produce an appropriate privilege log in connection with its responses to Plaintiffs' Requests for Production to Defendant, Set Three; and (6) compelling Defendant to provide supplemental responses to Plaintiffs' Requests for Admission to Defendant, Set Two, Nos. 15-43. This Motion is made pursuant to Rules 26, 34, 36, and 37 of the Federal Rules of Civil Procedure, and Local Rule 251.

Plaintiff's Motion is based on this Notice of Motion and Motion, the Joint Statement re: Discovery Disagreement, which will be filed pursuant to Local Rule 251(a) and (c), anticipated declarations filed in connection with the Joint Statement, all records in this action or matters of which the Court may take judicial notice, and any oral argument heard by the Court.

DATED: November 29, 2012          DOWNEY BRAND LLP


                                  By:    /s/ Elizabeth B. Stallard
                                     JOHN C. MCCARRON
                                     ELIZABETH B. STALLARD
                                     Attorney for Plaintiffs/Counter-Defendants
                                     BYLIN HEATING SYSTEMS, INC. and ROOF
                                     ICE MELT SYSTEMS, INC.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Downey Brand LLP, 621 Capitol Mall, 18th Floor, Sacramento, California, 95814-4731. On November 29, 2012, I served the within document(s):

**PLAINTIFFS'/COUNTER-DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, SETS TWO AND THREE, AND REQUESTS FOR ADMISSION, SET TWO**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY E-MAIL:** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY PERSONAL DELIVERY:** by causing personal delivery by **Courier Service** of the document(s) listed above to the person(s) at the address(es) set forth below.

Krista J. Dunzweiler
Locke Lord LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
Phone: (916) 930-2500
Fax: (916) 471-0570
Email: kdunzweiler@lockelord.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 29, 2012, at Sacramento, California.

_____
Meri Lee Powell

1287863.2