DOWNEY BRAND LLP
DALE A. STERN (Bar No. 131108)
JOHN C. MCCARRON (Bar No. 225217)
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
dstern@downeybrand.com
jmccarron@downeybrand.com
estallard@downeybrand.com

Attorneys for Plaintiffs/Counter-Defendants
BYLIN HEATING SYSTEMS, INC. and ROOF
ICE MELT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BYLIN HEATING SYSTEMS, INC., a California corporation, doing business as BYLIN ENGINEERED SYSTEMS, and ROOF ICE MELT SYSTEMS, INCORPORATED, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THERMAL TECHNOLOGIES, INC., a Utah corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No.  2:11-cv-01402-KJM-KJN<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING DATE ON PLAINTIFFS'/COUNTER-DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, REQUESTS FOR ADMISSION, AND INTERROGATORIES** |

Plaintiffs/Counter-Defendants BYLIN HEATING SYSTEMS, INC. and ROOF ICE MELT SYSTEMS, INCORPORATED (hereinafter "Plaintiffs") and Defendant THERMAL TECHNOLOGIES, INC. (hereinafter "Defendant" or "TTI") (collectively, the "Parties"), through their respective counsel, hereby represent as follows:

WHEREAS Plaintiffs initially noticed the hearing for their Motion to Compel Regarding

1 | Plaintiffs' Requests for Production, Set One; Requests for Admission, Set One; and
2 | Interrogatories, Set One, to take place on November 29, 2012;

3 |     WHEREAS, on November 20, 2012, the Court issued a minute order continuing that
4 | hearing to December 6, 2012 (Docket No. 40); and

5 |     WHEREAS counsel handling these discovery matters for Plaintiffs is out of town
6 | attending a conference and therefore unavailable to participate in a hearing that day;

7 |     NOW THEREFORE, it is hereby stipulated, by and among the Parties through their
8 | respective counsel, that the currently-scheduled Hearing on Plaintiffs' Motion to Compel
9 | regarding Plaintiffs' Requests for Production, Set One; Requests for Admission, Set One; and
10 | Interrogatories, Set One, be continued from December 6, 2012, to **December 20, 2012,** at **10:00**
11 | **a.m**.

13 | Dated:  November 28, 2012        LOCKE LORD LLP

15 |         By:  /s/ Krista J. Dunzweiler [authorized 11/28/12]
16 |         Krista J. Dunzweiler
        Attorneys for THERMAL TECHNOLOGIES, INC.

17 | Dated: November 28, 2012        DOWNEY BRAND LLP

20 |         By:  /s/ Elizabeth B. Stallard
        Elizabeth B. Stallard
        Attorneys for BYLIN HEATING SYSTEMS, INC. and ROOF ICE MELT SYSTEMS, INC.

23 | / / /
24 | / / /
25 | / / /
26 | / / /

1 **ORDER**

**IT IS SO ORDERED.  The parties shall file their joint statement pursuant to Local Rule 251 no later than December 10, 2012.**

Date: <u>11/29/2012</u>

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1290619.1                                     3

STIPULATION AND ORDER TO CONTINUE HEARING RE MOTION TO COMPEL