IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYLIN HEATING SYSTEMS, INC., et al.,

      Plaintiffs,                         No. 2:11-cv-1402 KJM KJN

      vs.

THERMAL TECHNOLOGIES, INC.,

      Defendant.                      <u>ORDER</u>

_____/

         On March 1, 2013, the magistrate judge filed findings and recommendations (dkt. no. 57), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No party has filed objections.

         Although it appears from the file that defendant's copy of the findings and recommendations was returned, defendant was properly served. It is a party's responsibility to keep the court apprised of its current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

         The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

1

1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (dkt. no. 57) are ADOPTED.

    2.  Plaintiffs' motion for discovery sanctions (dkt. no. 54) is GRANTED IN PART as recommended in the findings and recommendations.

    3.  Defendant Thermal Technologies, Inc.'s ("TTI") answer and counterclaims (dkt. no. 20) are STRICKEN.

    4.  The Clerk of Court is directed to enter defendant TTI's default.

DATED:  June 4, 2013.

                _____
                 UNITED STATES DISTRICT JUDGE