UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYLIN HEATING SYSTEMS, INC, et al., | No. 2:11-cv-01402-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| THERMAL TECHNOLOGIES, INC., | |
| Defendant. | |

On June 4, 2013, this court adopted the magistrate judge's March 1, 2013 findings and recommendations and directed the Clerk of Court to enter default against defendant. (ECF 59.) The findings and recommendations directed plaintiffs to "file a motion for default judgment before the magistrate judge, or file a statement indicating how plaintiffs would like to otherwise proceed with the action. Such a statement should include any request for the scheduling of additional appropriate proceedings." (ECF 57 at 15.) On July 3, plaintiffs filed a statement indicating that they plan to file a motion for attorneys' fees and anticipate filing a motion for default judgment. (ECF 61.)

Additionally, no new counsel has filed a notice of appearance on behalf of defendant. Accordingly, pursuant to Local Rule 72-302(c)(21), this matter is REFERRED back to the assigned magistrate judge for all further proceedings.

IT IS SO ORDERED.

DATED: August 30, 2013.

_____
UNITED STATES DISTRICT JUDGE

1