UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYLIN HEATING SYSTEMS, INC., et al., | No. 2:11-cv-1402 KJM KJN PS |
| Plaintiffs, | |
| v. | ORDER |
| THERMAL TECHNOLOGIES, INC., | |
| Defendant. | |

On April 10, 2014, the court conducted a status conference in this matter. Meghan Baker appeared on behalf of plaintiffs, and there was no appearance on behalf of defendant, which is presently in default.

After discussions regarding future proceedings in this case, including the court's disinclination to add new parties at this late juncture in the proceedings, the court directs plaintiffs to file a further status report outlining how they would like to proceed with this case within 21 days.

IT IS SO ORDERED.

Dated: April 11, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1