UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bylin Heating Systems Inc., et al , <br><br> Plaintiff, <br><br> v. <br><br> Thermal Technologies Inc., et al, <br><br> Defendant. | Case No.  2:11-CV-1402 KJM KJN <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** Default Judgment is hereby ENTERED against defendant:

Thermal Technologies, Inc. in the amount of $32,851.29

Date: September 16, 2014                              MARIANNE MATHERLY, CLERK

By: /s/  M. Marciel
Deputy Clerk